FrankCrum
100 S Missouri Ave
Clearwater, FL 33756
(727) 799-1229

For: AA728-BDFS GROUP INC
BDFS GROUP INC
2244 MOUNT CARMEL AVE
GLENSIDE PA 19038-4610

| | |
|---|---|
| **CALVIN SNOWDEN** | **Period Start Date** 02/03/2021 |
| 46 BROOKSIDE RD | **Period End Date** 02/09/2021 |
| ERDENHEIM, PA 19038-8217 | |
| **Employee Number** 000000002 | **Pay Date** 02/12/2021 |
| **SSN** XXX-XX-3041 | **Document** 110868917 |
| | **Net Pay** $386.64 |

### Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| SALARY | 40 | $11.38 | $455.00 | $2730.00 |

**No Deductions**

### Taxes

| Taxes | Current | YTD |
|---|---|---|
| ABINGTON | $4.55 | $27.30 |
| ABINGTON TWP | $1.00 | $6.00 |
| Federal Income Tax | $13.77 | $83.78 |
| Medicare | $6.59 | $39.58 |
| PA State Income Tax | $13.97 | $83.82 |
| PA Unemployment Empl | $0.27 | $1.62 |
| Social Security Empl | $28.21 | $169.26 |

### Net Pay Distribution

| Account | Amount |
|---|---|
| XXXXXX0813 | $386.64 |

**No Paid Time Off**

### Pay Summary

| | Gross | Taxes | Deductions | Net Pay |
|---|---|---|---|---|
| **Current** | $455.00 | $68.36 | $0.00 | $386.64 |
| **YTD** | $2730.00 | $411.36 | $0.00 | $2318.64 |

# myFrankCrum

FrankCrum  
100 S Missouri Ave  
Clearwater, FL 33756  
(727) 799-1229

For: AA728-BDFS GROUP INC  
BDFS GROUP INC  
2244 MOUNT CARMEL AVE  
GLENSIDE PA 19038-4610

| | |
|---|---|
| **CALVIN SNOWDEN** | |
| 46 BROOKSIDE RD | |
| ERDENHEIM, PA 19038-8217 | |
| **Employee Number** | 000000002 |
| **SSN** | XXX-XX-3041 |

| | |
|---|---|
| **Period Start Date** | 01/27/2021 |
| **Period End Date** | 02/02/2021 |
| **Pay Date** | 02/05/2021 |
| **Document** | 110835513 |
| **Net Pay** | $386.63 |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| SALARY | 40 | $11.38 | $455.00 | $2275.00 |

**No Deductions**

## Taxes

| Taxes | Current | YTD |
|---|---|---|
| ABINGTON | $4.55 | $22.75 |
| ABINGTON TWP | $1.00 | $5.00 |
| Federal Income Tax | $13.77 | $70.01 |
| Medicare | $6.60 | $32.99 |
| PA State Income Tax | $13.97 | $69.85 |
| PA Unemployment Empl | $0.27 | $1.35 |
| Social Security Empl | $28.21 | $141.05 |

## Net Pay Distribution

| Account | Amount |
|---|---|
| XXXXXX0813 | $386.63 |

**No Paid Time Off**

## Pay Summary

| | Gross | Taxes | Deductions | Net Pay |
|---|---|---|---|---|
| **Current** | $455.00 | $68.37 | $0.00 | $386.63 |
| **YTD** | $2275.00 | $343.00 | $0.00 | $1932.00 |

**my FrankCrum**

FrankCrum  
100 S Missouri Ave  
Clearwater, FL 33756  
(727) 799-1229

For: AA728-BDFS GROUP INC  
BDFS GROUP INC  
2244 MOUNT CARMEL AVE  
GLENSIDE PA 19038-4610

| **CALVIN SNOWDEN**  46 BROOKSIDE RD  ERDENHEIM, PA 19038-8217 | | | **Period Start Date** | 01/20/2021 |
|---|---|---|---|---|
| | | | **Period End Date** | 01/26/2021 |
| **Employee Number** | | 000000002 | **Pay Date** | 01/29/2021 |
| **SSN** | | XXX-XX-3041 | **Document** | 110801059 |
| | | | **Net Pay** | $386.63 |

| Earnings | | | | | No Deductions |
|---|---|---|---|---|---|
| **Pay Type** | **Hours** | **Pay Rate** | **Current** | **YTD** | |
| SALARY | 40 | $11.38 | $455.00 | $1820.00 | |

| Taxes | | | Net Pay Distribution | | No Paid Time Off |
|---|---|---|---|---|---|
| **Taxes** | **Current** | **YTD** | **Account** | **Amount** | |
| ABINGTON | $4.55 | $18.20 | XXXXXX0813 | $386.63 | |
| ABINGTON TWP | $1.00 | $4.00 | | | |
| Federal Income Tax | $13.77 | $56.24 | | | |
| Medicare | $6.60 | $26.39 | | | |
| PA State Income Tax | $13.97 | $55.88 | | | |
| PA Unemployment Empl | $0.27 | $1.08 | | | |
| Social Security Empl | $28.21 | $112.84 | | | |

| Pay Summary | | | | |
|---|---|---|---|---|
| | **Gross** | **Taxes** | **Deductions** | **Net Pay** |
| **Current** | $455.00 | $68.37 | $0.00 | $386.63 |
| **YTD** | $1820.00 | $274.63 | $0.00 | $1545.37 |

**my FrankCrum**

FrankCrum							For:	AA728-BDFS GROUP INC
100 S Missouri Ave						BDFS GROUP INC
Clearwater, FL 33756						2244 MOUNT CARMEL AVE
(727) 799-1229							GLENSIDE PA 19038-4610

| | |
|---|---|
| **CALVIN SNOWDEN**<br>46 BROOKSIDE RD<br>ERDENHEIM, PA 19038-8217 | **Period Start Date** — 01/13/2021 |
| | **Period End Date** — 01/19/2021 |
| **Employee Number** — 000000002 | **Pay Date** — 01/22/2021 |
| **SSN** — XXX-XX-3041 | **Document** — 110779038 |
| | **Net Pay** — $386.64 |

### Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| SALARY | 40 | $11.38 | $455.00 | $1365.00 |

**No Deductions**

### Taxes

| Taxes | Current | YTD |
|---|---|---|
| ABINGTON | $4.55 | $13.65 |
| ABINGTON TWP | $1.00 | $3.00 |
| Federal Income Tax | $13.77 | $42.47 |
| Medicare | $6.59 | $19.79 |
| PA State Income Tax | $13.97 | $41.91 |
| PA Unemployment Empl | $0.27 | $0.81 |
| Social Security Empl | $28.21 | $84.63 |

### Net Pay Distribution

| Account | Amount |
|---|---|
| XXXXXX0813 | $386.64 |

**No Paid Time Off**

### Pay Summary

| | Gross | Taxes | Deductions | Net Pay |
|---|---|---|---|---|
| **Current** | $455.00 | $68.36 | $0.00 | $386.64 |
| **YTD** | $1365.00 | $206.26 | $0.00 | $1158.74 |

**my FrankCrum**

FrankCrum  
100 S Missouri Ave  
Clearwater, FL 33756  
(727) 799-1229

For: AA728-BDFS GROUP INC  
BDFS GROUP INC  
2244 MOUNT CARMEL AVE  
GLENSIDE PA 19038-4610

| | |
|---|---|
| **CALVIN SNOWDEN** | |
| 46 BROOKSIDE RD | |
| ERDENHEIM, PA 19038-8217 | |
| **Employee Number** | 000000002 |
| **SSN** | XXX-XX-3041 |

| | |
|---|---|
| **Period Start Date** | 01/06/2021 |
| **Period End Date** | 01/12/2021 |
| **Pay Date** | 01/15/2021 |
| **Document** | 110740775 |
| **Net Pay** | $386.05 |

### Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| SALARY | 40 | $11.38 | $455.00 | $910.00 |

**No Deductions**

### Taxes

| Taxes | Current | YTD |
|---|---|---|
| ABINGTON | $4.55 | $9.10 |
| ABINGTON TWP | $1.00 | $2.00 |
| Federal Income Tax | $14.35 | $28.70 |
| Medicare | $6.60 | $13.20 |
| PA State Income Tax | $13.97 | $27.94 |
| PA Unemployment Empl | $0.27 | $0.54 |
| Social Security Empl | $28.21 | $56.42 |

### Net Pay Distribution

| Account | Amount |
|---|---|
| XXXXXX0813 | $386.05 |

**No Paid Time Off**

### Pay Summary

| | Gross | Taxes | Deductions | Net Pay |
|---|---|---|---|---|
| **Current** | $455.00 | $68.95 | $-0.00 | $386.05 |
| **YTD** | $910.00 | $137.90 | $0.00 | $772.10 |

**my FrankCrum**

FrankCrum  
100 S Missouri Ave  
Clearwater, FL 33756  
(727) 799-1229

For: AA728-BDFS GROUP INC  
BDFS GROUP INC  
2244 MOUNT CARMEL AVE  
GLENSIDE PA 19038-4610

| | |
|---|---|
| **CALVIN SNOWDEN**<br>46 BROOKSIDE RD<br>ERDENHEIM, PA 19038-8217 | **Period Start Date** 12/30/2020 |
| **Employee Number** 000000002 | **Period End Date** 01/05/2021 |
| **SSN** XXX-XX-3041 | **Pay Date** 01/08/2021 |
| | **Document** 110713101 |
| | **Net Pay** $386.05 |

### Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| SALARY | 40 | $11.38 | $455.00 | $455.00 |

**No Deductions**

### Taxes

| Taxes | Current | YTD |
|---|---|---|
| ABINGTON | $4.55 | $4.55 |
| ABINGTON TWP | $1.00 | $1.00 |
| Federal Income Tax | $14.35 | $14.35 |
| Medicare | $6.60 | $6.60 |
| PA State Income Tax | $13.97 | $13.97 |
| PA Unemployment Empl | $0.27 | $0.27 |
| Social Security Empl | $28.21 | $28.21 |

### Net Pay Distribution

| Account | Amount |
|---|---|
| XXXXXX0813 | $386.05 |

**No Paid Time Off**

### Pay Summary

| | Gross | Taxes | Deductions | Net Pay |
|---|---|---|---|---|
| **Current** | $455.00 | $68.95 | $-0.00 | $386.05 |
| **YTD** | $455.00 | $68.95 | $0.00 | $386.05 |